STONE LIBERTY REALTY CORP., Appellant, v. BINGHAMTON SAVINGS BANK, Respondent.— Action to establish and foreclose an equitable lien where plaintiff had mistakenly paid taxes on property to which it had no claim or interest. Judgment in favor of the defendant and dismissing the complaint on the merits reversed on the law and the facts, with costs, and judgment directed for the plaintiff, with costs. On the prior appeal (249 App. Div. 789) we held that plaintiff made out a *prima facie* case. The defendant did not plead a defense of prejudice. Assuming, however, that it did sufficiently plead such a defense, there is no proof of prejudice. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur. Settle order on notice.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, v. SPUR AMUSEMENT CORPORATION, Appellant, and Others, Defendants.— Appeal from a judgment of foreclosure and sale which provides, in connection with the premises concededly within the lien of the mortgage, for the sale of "all the personal property * * * used in connection with the theatre thereon, with the exception of the talking equipment providing such talking equipment is not owned by defendant Spur Amusement Corporation * * *." The sole issue was whether or not the lien of the mortgage extends to the personal property used in the operation of the theatre. Judgment unanimously affirmed, with costs. We are of opinion that the mortgage itself sufficiently evidences the intention of the parties to have included within its lien the after-acquired personalty consisting of theatre equipment. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

GERTRUDE R. WANAMAKER, Respondent, v. MILTON F. UNTERMEYER and LAJUNTA WHITE, Appellants. LOUIS A. WANAMAKER, Respondent, v. MILTON F. UNTERMEYER and LAJUNTA WHITE, Appellants.— Appeal by the defendants in each action from a judgment of the Supreme Court, entered on the verdict of a jury, in which plaintiff Gertrude R. Wanamaker was awarded the sum of $7,500 and plaintiff Louis A. Wanamaker the sum of $2,500. Judgments unanimously affirmed, with one bill of costs. We are of opinion that the verdicts are not excessive, that being the sole claim made by the defendants on this appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

MORRIS WEINMAN, Appellant, v. WILSON M. POWELL and ALEXANDER R. WILSON, Individually and as Executors and Trustees under the Respective Last Wills and Testaments of CLARA A. BAAB, Deceased, and MARIE ALLOVON, Deceased, and HARRY SCHER, Respondents.— In an action by an employee of a tenant against the owner of a building for damages for personal injuries caused by a defect in the chains controlling the opening and closing of a window, judgment for defendants, and order denying motion to set aside the judgment and for a new trial, unanimously affirmed, with costs. (*Fink* v. *37 West 36th Street Company*, 277 N. Y. 703.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.